## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 10CV1304  Assigned/Issued By: DAJ

Judge Name:  Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00  ☐ $39.00  ☐ $5.00
 ☐ IFP  ☐ No Fee  ☐ Other _____
 ☐ $455.00

Number of Service Copies _____  Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____  Receipt #: _____

Date Payment Rec'd: _____  Fiscal Clerk: _____

---

**ISSUANCES**

☑ Summons  ☐ Alias Summons
☐ Third Party Summons  ☐ Lis Pendens
☐ Non Wage Garnishment Summons  ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons  _____
 _____
 *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets
 ☐ Other
☐ Writ _____  _____
 *(Type of Writ)*  _____
 *(Type of issuance)*

2 Original and 0 copies on 02/26/10 as to DEF'S. _____
 (Date)

_____
_____