# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

TRITEQ LOCK & SECURITY LLC,  )
)
              Plaintiff(s),  )
)
V.  )
)
INNOVATIVE SECURED SOLUTIONS, LLC  )
and MICHAEL A. COHEN  )
)
             Defendant(s),  )
_____/

**SUMMONS IN A CIVIL CASE**

Case Number: 10-1304

ASSIGNED JUDGE: Charles R. Norgle, SR.

DESIGNATED
MAGISTRATE JUDGE: Geraldine Soat Brown

**To:** Michael A. Cohen

---

**Wayne R. Otto** states:

1. That (s)he is a citizen of the United States of America and the State of Illinois above the age of eighteen years and not a party to the above action and in no way interested therein.

2. That (s)he is an employee of a **registered and licensed** State of Illinois Private Detective agency; #:117-001313 and thus authorized to serve process within the State of Illinois.

3. That (s)he **served** a copy of the SUMMONS, COMPLAINT and EXHIBITS A through H issued in this matter on **February 26, 2010** by leaving said document(s) **personally** with the above named defendant **Michael A. Cohen** on **March 1, 2010** while informing said person of the contents thereof.

---

The Sex, Race and Approximate Description of the person with whom he left the documents are as follows:

| | | | | | |
|---|---|---|---|---|---|
| Sex: | **MALE** | Height: | **5' 9"** | Weight: | **200 lbs.** |
| Race: | **WHITE** | Age: | **39** | Hair: | **BLACK** |

The time and place the documents were served are as follows:

Place: **Innovative Secured Solutions, LLC**
**720 Darthmouth Lane**
**Buffalo Grove, IL. 60089-6902**

Time: **11:45 am**

## CERTIFICATION

I certify under penalty of perjury under the laws of the United States for the foregoing is true and correct.

Signed and Sworn to before me
this 1st day of March, 2010.

_[signature]_                                 _[signature]_
**NOTARY PUBLIC**                         **ILLINOIS NATIONAL PROCESS SERVICE**

OFFICIAL SEAL
NAILA MOIZUDDIN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/13/12